No. D–2589. IN RE DISCIPLINE OF ALDERMAN. Steven Boyd Alderman, of Syracuse, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2590. IN RE DISCIPLINE OF POLLACK. Ruth Marie Pollack, of Riverhead, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2591. IN RE DISCIPLINE OF JONES. Stephen J. Jones, of Wichita, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2592. IN RE DISCIPLINE OF KORDELL. James Michael Kordell, of Woodlake, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2593. IN RE DISCIPLINE OF LOSEY. F. Richard Losey, of San Rafael, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2594. IN RE DISCIPLINE OF TABACHNICK. Barry Stephen Tabachnick, of Folsom, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2595. IN RE DISCIPLINE OF WHITEBOOK. Merl Alan Whitebook, of Tulsa, Okla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.